**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LLOYD J. GUSMAN, JR.** | * * | **CIVIL ACTION NO. 20-984** |
| **VS.** | * * | **SEC. I(1)** |
| **ARCHER SHIPPING, LTD., KIRAN INTERNATIONAL** | * * | **JUDGE LANCE M. AFRICK** |
| **HOLDING COMPANY, LTD., and KIRAN HOLDING AS** | * * | **MAG. JUDGE van MEERVELD** |

**********************************

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lloyd J. Gusman, Jr., who in accordance with the Court's scheduling order hereby submits the following Witness and Exhibit List:

**WITNESSES**

1. Lloyd J. Gusman, Jr., Plaintiff
   a. It is anticipated that Mr. Gusman will testify regarding all relevant facts known to him including, but not limited to, the manner in which the April 2, 2019 accident made the subject of this lawsuit occurred as well as any and all injuries and/or damages that he sustained as a result of said accident.

2. Shane A. Schruff, NP and/or Plaintiff's other treating medical providers at All American Health Care, 303 W. Minnesota Pk, Ste. C, Hammond, LA 70403 – (treating physician/expert witness)
   a. It is anticipated that said witness(es) will testify regarding all relevant facts known to them and offer expert opinions concerning, among other things, the nature and extent of the injuries for which they treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

3. Dr. Suneil Jolly and/or Plaintiff's other treating medical providers at Crescent View Surgery, 3434 Houma Blvd., Ste. 300, Metairie, LA 70006 – (treating physician/expert witness)
   a. It is anticipated that Dr. Jolly will testify regarding all relevant facts known to him and offer expert opinions regarding, among other things, the nature and extent of the injuries for which he treated Plaintiff, the cause of said

injuries, as well as Plaintiff's future medical needs.

4. Dr. Suneil Jolly and/or Plaintiff's other treating medical providers at Louisiana Pain Specialists, 3434 Houma Blvd., Ste. 301, Metairie, LA 70006 – (treating physician/expert witness)
   a. It is anticipated that Dr. Jolly will testify regarding all relevant facts known to him and offer expert opinions regarding, among other things, the nature and extent of the injuries for which he treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

5. Any of Plaintiff's treating medical providers at Ochsner Baptist Medical Center, 2700 Napoleon Ave., New Orleans, LA 70155-6914 – (treating physicians/expert witnesses)
   a. It is anticipated that said witnesses will testify regarding all relevant facts known to them and offer expert opinions regarding, among other things, the nature and extent of the injuries for which they treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

6. Dr. Andrew Todd, Dr. Jonathan Finney, Dr. Timothy P. Finney, Diane Griener, FNP-C, and/or Plaintiff's other treating medical providers at Southern Orthopedic Specialists, 1615 Metairie Rd., Metairie, LA 70005 – (treating physician/expert witness)
   a. It is anticipated that the named providers will testify regarding all relevant facts known to them and offer expert opinions regarding, among other things, the nature and extent of the injuries for which they treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

7. Any of Plaintiff's treating medical providers at East Jefferson General Hospital, 4200 Houma Blvd., Metairie, LA 70006 – (treating physician/expert witness)
   a. It is anticipated that the providers will testify regarding all relevant facts known to them and offer expert opinions regarding, among other things, the nature and extent of the injuries for which they treated Plaintiff, the cause of said injuries, as well Plaintiff's future medical needs.

8. Dr. Paul J. Hubbell, III and/or Plaintiff's other treating medical providers at Southern Pain and Neurological, 3348 West Esplanade Ave., Ste. A, Metairie, LA 70002 – (treating physician/expert witness)
   a. It is anticipated that Dr. Hubbell will testify regarding all relevant facts known to him and offer expert opinions regarding, among other things, the nature and extent of the injuries for which he treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

9. Any of Plaintiff's treating medical providers at St. James Parish Hospital, 1645 Lutcher Ave., LA 70071 – (treating physicians/expert witnesses)

   a. It is anticipated that said witnesses will testify regarding all relevant facts known to them and offer expert opinions regarding, among other things, the nature and extent of the injuries for which the treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

10. Dr. Michael Adinolfi and/or Plaintiff's other treating medical providers at Touro, LCMC Health, 3525 Prytania St., Ste. 618, New Orleans, LA 70115 – (treating physician/expert witness)
    a. It is anticipated that Dr. Adinolfi will testify regarding all relevant facts known to him and offer expert opinions regarding, among other things, the nature and extent of the injuries for which he treated Plaintiff, the cause of said injuries, as well as Plaintiff's future medical needs.

11. Any of Plaintiff's treating medical providers at Diagnostic Imaging Services – (expert witness)
    a. It is anticipated that the providers will offer expert opinions regarding, among other things, Plaintiff's radiology findings.

12. Sandra Pierre, Plaintiff's Mother, 2651 Law St., New Orleans, LA 70117 – (fact witness)
    a. It is anticipated that Ms. Pierre will testify to all relevant facts known to her including, but not limited to, her personal observations of Plaintiff's physical condition and abilities before and after the subject accident.

13. Brandon Kelly, Plaintiff's Son, Metairie, LA – (fact witness)
    a. It is anticipated that Mr. Kelly will testify to all relevant facts known to him including, but not limited to, his personal observations of Plaintiff's physical condition and abilities before and after the subject accident.

14. Emile R. Brupbacher, Jr., 507 River Oaks Dr., New Orleans, LA 70131 – (fact witness)
    a. It is anticipated that Mr. Brupbacher will testify to all relevant facts known to him including, but not limited to, his personal knowledge of the parties responsible for clearing bulk cargo from the deck of the M/V Kiran Bosphorous on the night of the subject accident.

15. Dejaunte Murray, 237 Louise Court, Gretna, LA 70056 – (fact witness)
    a. It is anticipated that Mr. Murray will testify to all relevant facts known to him including, but not limited to, his personal observations of the alleged hazardous condition aboard the M/V Kiran Bosphorous on the night of the subject accident as well as the parties responsible for mitigating and/or remedying said condition.

16. Joseph Barrow, 1301 S. Prieur St., Apt. B, New Orleans, LA 70125 – (fact witness)

   a. It is anticipated that Mr. Barrow will testify to all relevant facts known to him including, but not limited to, his personal observations of the alleged hazardous condition aboard the M/V Kiran Bosphorous on the night of the subject accident as well as the parties responsible for mitigation and/or remedying said condition.

17. Robert Pack, 602 Community St., Arabi, LA 70032 – (fact witness)
   a. It is anticipated that Mr. Pack will testify to all relevant facts known to him including, but not limited to, his personal observations of the alleged hazardous condition aboard the M/V Kiran Bosphorous on the night of the subject accident as well as the parties responsible for mitigation and/or remedying said condition.

18. Melih Ciftci, Chief Officer, M/V Kiran Bosphorous – (fact witness)
   a. It is anticipated that Mr. Ciftci will testify to all relevant facts known to him including, but not limited to, his personal observations of the alleged hazardous condition aboard the M/V Kiran Bosphorous on the night of the subject accident as well as the parties responsible for mitigating and/or remedying said condition.

19. A representative(s) of Archer Shipping, Ltd. – (fact witness)
   a. It is anticipated that the representative will testify to all relevant facts known to him/her.

20. A representative(s) of Coastal Cargo Company, 1555 Poydras St., Ste. 1600, New Orleans, LA 70112 – (fact witness)
   a. It is anticipated that the representative will testify to all relevant facts known to him/her.

21. A representative(s) of Neeb-Kearney & Company, LLC, Plaintiff's Employer – (fact witness)
   a. It is anticipated that the representative will testify to all relevant facts known to him/her including, but not limited to, Plaintiff's work history, pre-employment physicals, and earnings while with the company.

22. A representative(s) of ADM – (fact witness)
   a. It is anticipated that the representative will testify to all relevant facts known to him/her including, but not limited to, the parties responsible for mitigating and/or remedying the alleged hazardous condition aboard the M/V Kiran Bosphorous on the night of the subject accident.

23. A representative(s) of American Longshore Mutual Association, Ltd. – (fact witness)
   a. It is anticipated that the representative will testify to all relevant facts known

to him/her.

24. Capt. E. Terzi, Master of the M/V Kiran Bosphorous – (fact witness)
    a. It is anticipated that Capt. Terzi will testify to all relevant facts known to him.

25. Robert E. Borison, President, Total Safety Services, Inc., 218 Magnolia St., Long Beach, MS 39560 – (expert witness)
    a. It is anticipated that Mr. Borison will offer expert opinions relative to, among other things, the hazardous nature of the condition that existed aboard the M/V Kiran Bosphorous at the time of the subject accident as well as the cause of said accident.

26. Elizabeth B. Martina, MHS, CRC, CLCP, Licensed Rehabilitation Counselor, Elizabeth B. Martina & Associates, 4424 Chastant St., Ste. 102, Metairie, LA 70006 – (expert witness)
    a. It is anticipated that Ms. Martina will offer expert opinions relative to, among other things, the cost of Plaintiff's anticipated future medical care as outlined by his treating physicians as well as Plaintiff's future wage earning capacity given the limitations resulting from his accident-related injuries.

27. Shael N. Wolfson, Ph.D., 1050 S. Norman Francis Pkwy, Ste. 230, New Orleans, LA 70125 – (expert witness)
    a. It is anticipated that Dr. Wolfson, an expert economist, will offer expert opinions relative to, among other things, the present day value of Plaintiff's anticipated future medical care as well as the past and future lost wages Plaintiff has suffered as a result of the subject accident.

28. Any of Plaintiff's treating medical providers not specifically identified herein.

29. Any witness necessary to identify and/or authenticate any exhibit.

30. Any witness whose identity and/or the relevance of whose testimony becomes known through additional discovery.

31. Any other person(s) who were involved in and/or witnessed the subject accident who become known through additional discovery.

32. Any witness identified by any party in discovery.

33. Any expert retained by Defendant.

34. Any witness, expert or otherwise, listed and/or called by any other party.

35. Any witness necessary for impeachment or rebuttal.

**EXHIBITS**

1. Certified medical records and bills from Shane A. Shruff, NP and All American Health Care, 303 W. Minnesota Pk, Ste. C, Hammond, LA 70403.

2. Certified medical records and bills from Dr. Suneil Jolly and Crescent View Surgery, 3434 Houma Blvd., Ste. 300, Metairie, LA 70006.

3. Certified medical records and bills from Dr. Suneil Jolly and/or Louisiana Pain Specialists, 3434 Houma Blvd., Ste. 301, Metairie, LA 70006.

4. Certified medical records and bills from Ochsner Baptist Medical Center, 2700 Napoleon Ave., New Orleans, LA 70155-6914.

5. Certified medical records and bills from Dr. Andrew Todd, Dr. Jonathan Finney, Dr. Timothy P. Finney, Diane Griener, FNP-C, and/or Southern Orthopedic Specialists, 1615 Metairie Rd., Metairie, LA 70005.

6. Certified medical records and bills from East Jefferson General Hospital, 4200 Houma Blvd., Metairie, LA 70006.

7. Certified medical records and bills from Dr. Paul J. Hubbell, III and/or Southern Pain and Neurological, 3348 West Esplanade Ave., Ste. A, Metairie, LA 70002.

8. Certified medical records and bills from St. James Parish Hospital, 1645 Lutcher Ave., LA 70071.

9. Certified medical records and bills from Dr. Michael Adinolfi and/or Touro, LCMC Health, 3525 Prytania St., Ste. 618, New Orleans, LA 70115.

10. Certified medical records and bills from Diagnostic Imaging Services.

11. Certified medical records and bills from any of Plaintiff's treating medical providers not specifically identified herein.

12. Certified records and bills from any pharmacy providing prescriptions to Plaintiff as a result of the subject accident including, but not limited to, records and bills from Walgreens Pharmacy.

13. A copy of Humana/Medicare's lien, statement of benefits, and supporting documentation.

14. Plaintiff's wage and payroll records including, but not limited to, his 2017-2019 tax returns and his W2s from 2001 and 2018.

15. Plaintiff's personnel records from Neeb-Kearney & Company, LLC.

16. Coastal Cargo Company April 2, 2019 First Report of Injury.

17. All photographs relating in any way to the subject accident including, but not limited to, photographs of the M/V Kiran Bosphorous' deck on the night of the subject accident.

18. Expert report and CV of Robert E. Borison, Total Safety Services, Inc. – (to be introduced only in the event the parties agree to and the Court permits introduction of expert reports in lieu of live expert testimony).

19. Expert report and CV of Elizabeth B. Martina, MHS, CRC, CLCP, Licensed Rehabilitation Counselor, Elizabeth B. Martina & Associates - (to be introduced only in the event the parties agree to and the Court permits introduction of expert reports in lieu of live expert testimony).

20. Expert report and CV of Shael N. Wolfson, Ph.D. - (to be introduced only in the event the parties agree to and the Court permits introduction of expert reports in lieu of live expert testimony).

21. All documents produced by Defendant, Archer Shipping, Ltd., in discovery including, but not limited to, documents Bates labeled "Archer 0001-0166".

22. Any and all investigative reports prepared concerning or as a result of the subject accident.

23. Any and all documents exchanged, produced, or identified in discovery which are not specifically identified herein.

24. Any exhibit listed or introduced by any other party.

25. Any exhibit necessary for impeachment or rebuttal.

26. Any and all demonstrative aids including, but not limited to, charts, timelines, surgical illustrations/animations, photographs, videos, etc.

27. Any deposition taken in this matter.

Respectfully submitted,

**LEWIS & CAPLAN**
A PROFESSIONAL LAW CORP.

*/s/ Barrett Stephens*
**PETE LEWIS** (#8848)
**BARRETT R. STEPHENS** (#31331)
3631 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-7766
Fax: (504) 486-7769
Email: pl@lewis-caplan.com;
brs@lewis-caplan.com
Counsel for Claimant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Barrett Stephens*
**BARRETT STEPHENS**